■ COUNTY OF NIAGARA, NIAGARA COUNTY SEWER DISTRICT No. 1, Appellant, v H. J. SCHNEIDER CONSTRUCTION, INC., Respondent.—Order unanimously affirmed, with costs. (See County Law, §§ 262, 263.) (Appeal from order of Niagara Supreme Court—arbitration.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.